

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00105-CR
_____


LASHUNDA MASSEY, Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 102nd Judicial District Court
Bowie County, Texas
Trial Court No. 00F0447-102




Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

LaShunda Massey, appealing from the revocation of her community supervision,[1] argues, in a sole point of error, that the trial court was without jurisdiction to revoke her community supervision because no capias was issued. *See* TEX. CODE CRIM. PROC. ANN. art. 42.12, § 21(b) (Vernon Supp. 2008); *Harris v. State*, 843 S.W.2d 34 (Tex. Crim. App. 1992), *overruled in part by Bawcom v. State*, 78 S.W.3d 360, 363 (Tex. Crim. App. 2002).

A supplemental clerk's record has now been filed containing a capias issued in this case directing Massey's arrest. We overrule Massey's contention of error.

We affirm the judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     September 29, 2009
Date Decided:       September 30, 2009

Do Not Publish

---

[1]After being originally placed on community supervision in 2001 for possession of a controlled substance, Massey had twice been brought before the trial court in revocation proceedings; each time, however, Massey was placed back on community supervision. This time, however, it became apparent that Massey was also on community supervision with Travis County and Dallas County at the same time. Massey pled true to the violations alleged, and the trial court sentenced her to eight years' confinement.